## MARTIN *v.* QUINBY, trustee.

BECK, P. J. Under the pleadings and the evidence in this case, it does not appear that the court abused its discretion in appointing a receiver to take charge of the property, and in ordering a sale of the property upon the terms prescribed in the order.

*Judgment affirmed. All the Justices concur.*

*Ray & Ray,* for plaintiff in error.  *McElreath & Scott,* contra.